ACCEPTED
01-15-00184-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 5:49:51 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00184-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/20/2015 5:49:51 PM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

## No. 1370633
In the 180th District Court
Of Harris County, Texas

———————◆———————

## JOVANTE CHARLES BANKS
*Appellant*
V.
## THE STATE OF TEXAS
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE APPELLATE BRIEF

———————◆———————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b) and

38.6(d), moves for an extension of time within which to file its appellate brief.   In

support of its motion, the State submits the following:

1. Appellant was convicted for the offense of aggravated sexual assault of a child and sentenced to 14-years confinement.

2. Appellant filed written notice of appeal on February 13, 2015.

3. Appellant filed his brief on September 3, 2015.

4. The State's reply brief is due on October 5, 2015.

5. The State seeks an extension until November 20, 2015, to file its brief.

6. This is the State's first request for an extension in this case.

7. The following facts are relied upon to show good cause for the requested extension:

   My completion of this brief has been delayed by my work on two other appellate briefs this past month, as well as by my recent preparation for and presentation of an oral argument. I also have four other briefs due in the coming month.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Dan McCrory

**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1901
(713) 755-5826
TBC No. 13489950
    mccrory_daniel@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that I requested that a copy of this document be served on appellant's lawyer via TexFile at the following email address:

Joshua S. Hill
Attorney at Law
josh@notguiltytx.com

/s/ Dan McCrory
**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1901
(713) 755-5826
TBC No. 13489950

Date:  October 20, 2015